**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LESLIE SMITH, ET AL.,**<br>　　　　　Plaintiffs,<br>　　v.<br>**SANTOS SANCHEZ, ET AL.,**<br>　　　　　Defendants. | Case No. 4:22-cv-04451-YGR<br><br>**ORDER DISMISSING CASE** |

Plaintiffs Leslie Smith and Rosalinda Smith, proceeding pro se, commenced this action on July 29, 2022. (Dkt. No. 1.) On October 3, 2022, the Court issued an order providing plaintiffs one more opportunity to amend their complaint and for plaintiff Rosalinda Smith to file her application to proceed *in forma pauperis* ("IFP"). (Dkt. No. 11.) Plaintiffs were warned that their failure to timely file the requisite information by October 21, 2022 would result in a dismissal of their case. Since an amended complaint and IFP application have not been timely filed, plaintiffs' case is dismissed without prejudice for failure to prosecute.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: October 31, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**